IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DeANGELO AVERY DOBBS,**

    **Plaintiff,**

    v.                                     CASE NO. 22-3163-JWL

**JESSE NOLL, et al.,**

    **Defendants.**

### O R D E R

This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff alleges that his Eighth Amendment rights were violated at the Atchison County Jail ("ACJ") when he was sprayed with pepper spray in March of 2020.

On September 14, 2022, the Court entered a Memorandum and Order to Show Cause (Doc. 5) ("MOSC") granting Plaintiff an opportunity to show cause why his Complaint should not be dismissed or to file an amended complaint to cure the deficiencies set forth in the MOSC. Plaintiff filed an Amended Complaint (Doc. 6) in response to the MOSC. The Court then entered a Memorandum and Order (Doc. 7) ("M&O") directing the officials responsible for the operation of the ACJ to prepare a *Martinez* Report. The *Martinez* Report (Doc. 10) (the "Report") was filed on November 28, 2022, and the Court screened the Amended Complaint in light of the Report, entering a second Memorandum and Order to Show Cause ("MOSCII") on January 18, 2023. The MOSCII stated that if Plaintiff failed within the time allotted to file a response, this action could be dismissed without further notice. Plaintiff requested two extensions of time to respond to the MOSCII, and the Court extended the deadline to April 3, 2023 (Doc. 21). Plaintiff has not filed a response as of the date of this Order.

1

Consequently, for the reasons explained in the MOSCII, Plaintiff's Amended Complaint is dismissed under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

**IT IS THEREFORE ORDERED** that this action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED**.

**Dated April 10, 2023, in Kansas City, Kansas.**

<u>S/   John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**